**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| EMILY DUSTMAN, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:23CV592 JAR |
| UNITED SOYBEAN BOARD, | ) |
| Defendant. | ) |

## ORDER

On July 26, 2024, the parties filed a Joint Motion to Dismiss Case With Prejudice, which the Court granted and this case is closed. The Court will deny Plaintiff's Motion to Strike, as the document has been made a part of the Court's record, and it will remain under seal indefinitely. ECF Number 51 will no longer be available for anyone to access, including counsel, and only be available for the Court.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Strike [ECF No. 52] is **DENIED**, and ECF Number 51 shall remain under seal indefinitely and only be available for the Court. The Clerk of Court shall remove access for anyone, including counsel, to view ECF Number 51.

Dated this 26th day of July, 2024.

_____
**JOHN A. ROSS**
**UNITED STATES DISTRICT JUDGE**